

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T  NUNC PRO TUNC

Ronnie Ray Dugan, Appellant

No. 06-12-00047-CR     v.

The State of Texas, Appellee

Appeal from the 336th Judicial District Court of Fannin County, Texas (Tr. Ct. No. CR-11-23960). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

     We note that appellant, Ronnie Ray Dugan, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 7, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra Autrey, Clerk